JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORINO FLORES,<br><br>               Plaintiff,<br><br>   -v-<br><br>THE DOW HOTEL COMPANY, ET AL.<br><br>               Defendants. | Case No. SACV 12-1095-DOC(JPRx)<br><br>ORDER DISMISSING CIVIL ACTION |

    The Court having been advised by counsel for the parties that the above-entitled action has been settled;

    IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown within 30 days, to reopen this action if settlement is not consummated.

DATED: July 16, 2012

*David O. Carter*
_____
DAVID O. CARTER
United States District Judge